No. D–2074. IN RE DISBARMENT OF VEDATSKY. Robert J. Vedatsky, of Cherry Hill, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2075. IN RE DISBARMENT OF COHEN. Gerald Myron Cohen, of Boston, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–68. DUKE ET AL. v. COLLECTION BUREAU CENTRAL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–418. WYOMING DEPARTMENT OF TRANSPORTATION v. STRAIGHT, 525 U. S. 982. Motion of respondent for leave to file application for attorney's fees denied without prejudice to filing the motion in the United States Court of Appeals for the Tenth Circuit.

No. 98–8567. DEBARDELEBEN v. HEDRICK, WARDEN, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 14, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8838. HARDY v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 14, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–9119. IN RE MCNEELY. Petition for writ of habeas corpus denied.

No. 98–8905. IN RE COOPER. Petition for writ of mandamus denied.

No. 98–8918. IN RE JEFFS; and
No. 98–8968. IN RE HUGHLEY. Petitions for writs of prohibition denied.